# EXHIBIT A

## Justice Companies
### Outstanding Debt Cases as of 3/15/2019

| SubSystem ID | Permit Number | State | Entity Number | YR | QRT | Company Name | First Bill Date |
|---|---|---|---|---|---|---|---|
| O-2018400997 | 1101953 | VA | 119030 | 2018 | 4 | A & G COAL CORP | 2/28/2019 |
| C-C18130157001 | 1102042 | VA | 119030 | | | A & G COAL CORP | 6/30/2018 |
| O-2018300059 | S-4013-01 | WV | 095019 | 2018 | 3 | BLUESTONE COAL CORP | 2/28/2019 |
| O-2018400058 | S-4013-01 | WV | 095019 | 2018 | 4 | BLUESTONE COAL CORP | 2/15/2019 |
| O-2017400463 | S-4013-01 | WV | 095019 | 2017 | 4 | BLUESTONE COAL CORP | 2/28/2018 |
| O-2018100061 | S-4013-01 | WV | 095019 | 2018 | 1 | BLUESTONE COAL CORP | 5/15/2018 |
| O-2018200060 | S-4013-01 | WV | 095019 | 2018 | 2 | BLUESTONE COAL CORP | 8/15/2018 |
| O-2017200370 | 1102079 | VA | 251818 | 2017 | 2 | CHESTNUT LAND HOLDINGS LLC | 8/15/2017 |
| O-2017300361 | 1102079 | VA | 251818 | 2017 | 3 | CHESTNUT LAND HOLDINGS LLC | 11/15/2017 |
| O-2017400343 | 1102079 | VA | 251818 | 2017 | 4 | CHESTNUT LAND HOLDINGS LLC | 2/15/2018 |
| O-2018100339 | 1102079 | VA | 251818 | 2018 | 1 | CHESTNUT LAND HOLDINGS LLC | 5/15/2018 |
| A-20170241098 | | VA | 251818 | 2018 | 1 | CHESTNUT LAND HOLDINGS LLC | 4/30/2018 |
| O-2016400251 | S-4020-96 | WV | 155098 | 2016 | 4 | DYNAMIC ENERGY INC | 2/15/2017 |
| O-2017200233 | S-4020-96 | WV | 155098 | 2017 | 2 | DYNAMIC ENERGY INC | 8/15/2017 |
| O-2017300226 | S-4020-96 | WV | 155098 | 2017 | 3 | DYNAMIC ENERGY INC | 11/15/2017 |
| A-20160241095 | | WV | 155098 | 2016 | 4 | DYNAMIC ENERGY INC | 3/31/2017 |
| O-2018300265 | U-4001-07 | WV | 246980 | 2018 | 3 | FRONTIER COAL CO | 2/28/2019 |
| O-2018400259 | U-4001-07 | WV | 246980 | 2018 | 4 | FRONTIER COAL CO | 2/15/2019 |
| O-2017200297 | U-4001-07 | WV | 246980 | 2017 | 2 | FRONTIER COAL CO | 8/15/2017 |
| O-2017400276 | U-4001-07 | WV | 246980 | 2017 | 4 | FRONTIER COAL CO | 2/15/2018 |
| O-2018100271 | U-4001-07 | WV | 246980 | 2018 | 1 | FRONTIER COAL CO | 5/15/2018 |
| O-2018200270 | U-4001-07 | WV | 246980 | 2018 | 2 | FRONTIER COAL CO | 8/15/2018 |
| C-I18090000009 | 3241 | TN | 150367 | | | JAMES JUSTICE III | 2/15/2019 |
| C-I18090000013 | 3143 | TN | 150367 | | | JAMES JUSTICE III | 3/15/2019 |
| C-I18090000014 | 3143 | TN | 150367 | | | JAMES JUSTICE III | 3/15/2019 |
| C-I18090000017 | TN-023 | TN | 150367 | | | JAMES JUSTICE III | 3/15/2019 |
| C-I18090000006 | 2872 | TN | 150367 | | | JAMES JUSTICE III | 10/31/2018 |
| C-I18090000007 | 3233 | TN | 150367 | | | JAMES JUSTICE III | 10/31/2018 |
| C-I18090000008 | 3233 | TN | 150367 | | | JAMES JUSTICE III | 10/31/2018 |
| C-I18090000010 | 3250 | TN | 150367 | | | JAMES JUSTICE III | 1/15/2019 |
| C-I18090000011 | 3250 | TN | 150367 | | | JAMES JUSTICE III | 1/15/2019 |
| C-I18090000012 | 3250 | TN | 150367 | | | JAMES JUSTICE III | 1/15/2019 |
| C-I18090000018 | 3237 | TN | 150367 | | | JAMES JUSTICE III | |
| O-2018300206 | S-72-82 | WV | 155032 | 2018 | 3 | JUSTICE ENERGY CO INC | 2/28/2019 |
| O-2018400202 | S-72-82 | WV | 155032 | 2018 | 4 | JUSTICE ENERGY CO INC | 2/15/2019 |
| O-2018200997 | S-72-82 | WV | 155032 | 2018 | 2 | JUSTICE ENERGY CO INC | 8/15/2018 |
| A-20160241098 | | WV | 155032 | 2017 | 1 | JUSTICE ENERGY CO INC | 4/15/2017 |
| O-2018300228 | 898-0882 | KY | 156503 | 2018 | 3 | KENTUCKY FUEL CORP | 2/15/2019 |
| O-2018300228 | 898-0883 | KY | 156503 | 2018 | 3 | KENTUCKY FUEL CORP | 2/15/2019 |
| O-2018400223 | 898-0883 | KY | 156503 | 2018 | 4 | KENTUCKY FUEL CORP | 2/28/2019 |
| O-2018400223 | 860-0505 | KY | 156503 | 2018 | 4 | KENTUCKY FUEL CORP | 2/28/2019 |
| O-2018400223 | 898-0882 | KY | 156503 | 2018 | 4 | KENTUCKY FUEL CORP | 2/28/2019 |
| O-2017300248 | 898-0775 | KY | 156503 | 2017 | 3 | KENTUCKY FUEL CORP | 11/15/2017 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| O-2017400239 | 898-0775 | KY | 156503 | 2017 | 4 | KENTUCKY FUEL CORP | 2/15/2018 |
| O-2018100234 | 898-0775 | KY | 156503 | 2018 | 1 | KENTUCKY FUEL CORP | 5/15/2018 |
| O-2018200233 | 898-0775 | KY | 156503 | 2018 | 2 | KENTUCKY FUEL CORP | 8/15/2018 |
| A-20170241076 | | KY | 156503 | 2018 | 1 | KENTUCKY FUEL CORP | 5/15/2018 |
| A-20170245076 | | WV | 156503 | 2018 | 1 | KENTUCKY FUEL CORP | 5/15/2018 |
| C-C18090171003 | TN-023 | TN | 251162 | | | NATIONAL COAL LLC | 9/30/2018 |
| C-C18090171004 | 3250 | TN | 251162 | | | NATIONAL COAL LLC | 9/30/2018 |
| C-C18090281003 | TN-020 | TN | 251162 | | | NATIONAL COAL LLC | 8/31/2018 |
| C-C18090461002 | 3255 | TN | 251162 | | | NATIONAL COAL LLC | 9/30/2018 |
| C-C18090461003 | 3256 | TN | 251162 | | | NATIONAL COAL LLC | 10/15/2018 |
| C-C18090535001 | 3249 | TN | 251162 | | | NATIONAL COAL LLC | 7/15/2018 |
| C-C18090535002 | 3249 | TN | 251162 | | | NATIONAL COAL LLC | 9/30/2018 |
| C-C18090535003 | 3249 | TN | 251162 | | | NATIONAL COAL LLC | 11/15/2018 |
| C-C18090560002 | TN-021 | TN | 251162 | | | NATIONAL COAL LLC | 6/30/2018 |
| C-C18090560004 | TN-021 | TN | 251162 | | | NATIONAL COAL LLC | 10/15/2018 |
| C-N17090461002 | 3255 | TN | 251162 | | | NATIONAL COAL LLC | 11/30/2017 |
| C-N18090171003 | TN-023 | TN | 251162 | | | NATIONAL COAL LLC | 8/31/2018 |
| C-N18090171004 | 3250 | TN | 251162 | | | NATIONAL COAL LLC | 8/31/2018 |
| C-N18090281003 | TN-020 | TN | 251162 | | | NATIONAL COAL LLC | 6/30/2018 |
| C-N18090461005 | 3256 | TN | 251162 | | | NATIONAL COAL LLC | 8/31/2018 |
| C-N18090535001 | 3249 | TN | 251162 | | | NATIONAL COAL LLC | 7/15/2018 |
| C-N18090535006 | 3249 | TN | 251162 | | | NATIONAL COAL LLC | 10/15/2018 |
| C-N18090560002 | TN-021 | TN | 251162 | | | NATIONAL COAL LLC | 6/15/2018 |
| C-N18090560004 | TN-021 | TN | 251162 | | | NATIONAL COAL LLC | 7/15/2018 |
| C-N18090560007 | TN-021 | TN | 251162 | | | NATIONAL COAL LLC | 11/15/2018 |
| C-N18090535008 | 3249 | TN | 251162 | | | NATIONAL COAL LLC | |
| O-2018300243 | U-4010-98 | WV | 158356 | 2018 | 3 | PAY CAR MINING INC | 2/28/2019 |
| O-2018400238 | U-4010-98 | WV | 158356 | 2018 | 4 | PAY CAR MINING INC | 2/15/2019 |
| O-2017300263 | U-4010-98 | WV | 158356 | 2017 | 3 | PAY CAR MINING INC | 11/15/2017 |
| O-2017400254 | U-4010-98 | WV | 158356 | 2017 | 4 | PAY CAR MINING INC | 2/15/2018 |
| O-2018100249 | U-4010-98 | WV | 158356 | 2018 | 1 | PAY CAR MINING INC | 5/15/2018 |
| O-2018200248 | U-4010-98 | WV | 158356 | 2018 | 2 | PAY CAR MINING INC | 8/15/2018 |
| C-N18090546004 | 3237 | TN | 036315 | | | PREMIUM COAL CO INC | 2/15/2019 |
| C-N18090560008 | 3236 | TN | 036315 | | | PREMIUM COAL CO INC | 2/15/2019 |
| C-C17090534001 | 3183 | TN | 036315 | | | PREMIUM COAL CO INC | 9/30/2018 |
| C-C17090546001 | 3237 | TN | 036315 | | | PREMIUM COAL CO INC | 4/15/2018 |
| C-C18090171001 | 3233 | TN | 036315 | | | PREMIUM COAL CO INC | 6/30/2018 |
| C-C18090171002 | 3241 | TN | 036315 | | | PREMIUM COAL CO INC | 7/15/2018 |
| C-C18090281001 | 3143 | TN | 036315 | | | PREMIUM COAL CO INC | 8/31/2018 |
| C-C18090281002 | 2872 | TN | 036315 | | | PREMIUM COAL CO INC | 8/31/2018 |
| C-C18090534001 | 3183 | TN | 036315 | | | PREMIUM COAL CO INC | 9/30/2018 |
| C-C18090534003 | 3183 | TN | 036315 | | | PREMIUM COAL CO INC | 11/30/2018 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C-C18090546001 | 3237 | TN | 036315 | | | PREMIUM COAL CO INC | 9/30/2018 |
| C-C18090560001 | 3236 | TN | 036315 | | | PREMIUM COAL CO INC | 6/30/2018 |
| C-C18090560003 | 3240 | TN | 036315 | | | PREMIUM COAL CO INC | 9/30/2018 |
| C-N17090534001 | 2873 | TN | 036315 | | | PREMIUM COAL CO INC | 11/15/2017 |
| C-N17090534005 | 3183 | TN | 036315 | | | PREMIUM COAL CO INC | 9/30/2018 |
| C-N17090546004 | 3237 | TN | 036315 | | | PREMIUM COAL CO INC | 4/15/2018 |
| C-N18090171001 | 3233 | TN | 036315 | | | PREMIUM COAL CO INC | 6/30/2018 |
| C-N18090171002 | 3241 | TN | 036315 | | | PREMIUM COAL CO INC | 6/30/2018 |
| C-N18090281001 | 3143 | TN | 036315 | | | PREMIUM COAL CO INC | 8/15/2018 |
| C-N18090281002 | 2872 | TN | 036315 | | | PREMIUM COAL CO INC | 6/30/2018 |
| C-N18090534004 | 3183 | TN | 036315 | | | PREMIUM COAL CO INC | 7/15/2018 |
| C-N18090534005 | 3183 | TN | 036315 | | | PREMIUM COAL CO INC | 8/15/2018 |
| C-N18090534008 | 3138 | TN | 036315 | | | PREMIUM COAL CO INC | 10/31/2018 |
| C-N18090546002 | 3237 | TN | 036315 | | | PREMIUM COAL CO INC | 6/30/2018 |
| C-N18090546003 | 3237 | TN | 036315 | | | PREMIUM COAL CO INC | 8/15/2018 |
| C-N18090560001 | 3236 | TN | 036315 | | | PREMIUM COAL CO INC | 6/15/2018 |
| C-N18090560003 | 3236 | TN | 036315 | | | PREMIUM COAL CO INC | 7/15/2018 |
| C-N18090560005 | 3240 | TN | 036315 | | | PREMIUM COAL CO INC | 7/15/2018 |
| C-N19090546001 | 3237 | TN | 036315 | | | PREMIUM COAL CO INC | |
| C-C18090534002 | 3046 | TN | 039561 | | | S & H MINING INC | 11/30/2018 |
| C-N17090534004 | 2283066 | TN | 039561 | | | S & H MINING INC | 2/28/2018 |
| C-N18090534007 | 3046 | TN | 039561 | | | S & H MINING INC | 10/31/2018 |
| O-2017200338 | S-5013-00 | WV | 250162 | 2017 | 2 | TAMS MANAGEMENT INC | 8/15/2017 |
| O-2017200338 | S-3009-98 | WV | 250162 | 2017 | 2 | TAMS MANAGEMENT INC | 8/15/2017 |
| O-2017200338 | S-3018-09 | WV | 250162 | 2017 | 2 | TAMS MANAGEMENT INC | 8/15/2017 |
| O-2017300331 | S-3009-98 | WV | 250162 | 2017 | 3 | TAMS MANAGEMENT INC | 11/15/2017 |
| O-2017300331 | S-4013-01 | WV | 250162 | 2017 | 3 | TAMS MANAGEMENT INC | 11/15/2017 |
| O-2017400316 | S-3009-98 | WV | 250162 | 2017 | 4 | TAMS MANAGEMENT INC | 2/15/2018 |
| A-20170241077 | | WV | 250162 | 2018 | 2 | TAMS MANAGEMENT INC | 7/31/2018 |