# EXHIBIT 2

LAW OFFICES
# CAREY, SCOTT, DOUGLAS & KESSLER, PLLC
901 CHASE TOWER
707 VIRGINIA STREET, EAST
P. O. BOX 913
CHARLESTON, WV 25323

MICHAEL W. CAREY
ROBERT E. DOUGLAS
JOHN A. KESSLER
S. BENJAMIN BRYANT
DAVID R. POGUE

TELEPHONE (304) 345-1234
TELEPHONE (304) 342-1111
FACSIMILE (304) 342-1105

May 16, 2019

**VIA EMAIL ONLY**

John Austin, Esquire
United States Department of the Interior –
Office of the Solicitor
800 S. Gay Street, Suite 800
Knoxville, TN 37929

Re: Justice Companies
Outstanding OSM Assessments

Dear Mr. Austin:

I am writing to follow up on your letter to me of May 15, 2019, as well as the exchange of emails between you and me over the last two days, as well as my voice message to you last night. As set forth in my emails to you and my voice mail, my client is committed to resolving this matter with OSM prior to the initiation of litigation. At this time, any litigation could cause serious harm to the relationship between the Justice Companies and its lenders. As such, I have asked you to provide me with a deadline for us to submit the requested offer. I am also asking you to confirm that the Department of Justice will not institute litigation until our offer is received and considered. In your most recent email to me this morning, you stated that you have asked to set up a conversation between SOL attorneys and DOJ attorneys after which you assume you will be able to answer these questions. Once you learn the identity of the DOJ attorney(s), please provide them this letter and send me their name(s) and contact information.

Given the importance of this matter, I ask that you respond today.

Sincerely,

Michael W. Carey

MWC/nes