# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**JAMES C. JUSTICE III**

vs.

**A&G COAL CORP et al**

Action No:   7-19-cv-0381
Date:   May 11, 2020
Judge:   Hon. Glen Conrad
Court Reporter:   JoRita Meyer
Deputy Clerk:   Susan Moody

Plaintiff Attorney(s)
Aaron Houchens, Esq.

Defendant Attorney(s)
Krista Frith, Esq.

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

None

DEFENDANT:

None

PROCEEDINGS:
Parties present by counsel telephonically on record for conduct of oral argument on the defendant's Motion to Dismiss filed 11/12/2019 at Document #22.
Oral Argument by counsel for USA Response by counsel for the plaintiff.
Order to follow in near future.

Time in Court:   3:02-3:11 pm   9 mins.