IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES C. JUSTICE, III, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendant. | Civil Action No. 7:19CV00381<br><br>**ORDER**<br><br>By: Hon. Glen E. Conrad<br>Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. Defendant's motion to dismiss, ECF No. 22, is **GRANTED**; and

2. This action shall be **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

DATED: This  19th day of May, 2020.

_____
Senior United States District Judge